## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| **KEITH GORMAN,** | Case No. 22-10563-BAH |
| Debtor. | |

|  |  |
|---|---|
| Benson Lumber & Hardware, Inc., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-01003-BAH |
| Keith Gorman, | |
| Defendant. | |

Keith Gorman,

      Third-Party Plaintiff,

v.

Michael J. Fadden, Esq. and
Michael J. Fadden, P.C.,

      Third-Party Defendants.

### ORDER ON
### DEBTOR'S EX PARTE MOTION FOR ORDER
### EXTENDING THE DEADLINE TO SERVE A NOTICE OF OBJECTION TO
### BENSON LUMBER & HARDWARE, INC.'S PROOF OF CLAIM
### AND NOTICE OF STATUS HEARING

Upon the Debtor's Ex Parte Motion for Order Extending the Deadline to Serve a Notice

of Objection to Benson Lumber & Hardware, Inc.'s Proof of Claim and Notice of Status Hearing

(the "Motion") and after having reviewed the pleadings filed in this case to date and having

found therefrom good and sufficient cause, it is hereby ORDERED, ADJUDGED and

DECREED that:

      **A.**      Except as otherwise defined herein, all words, terms and phrases defined in the

Motion shall have and be given the same meaning when used herein.

      **B.**      The Motion shall be, and hereby is, granted subject to the further terms hereof.

      **C.**      The deadline by which the Debtor must serve a statement in the Debtor's

bankruptcy case (with a certificate of service upon all creditors) indicating that the Debtor has

objected to the proof of claim filed by Benson Lumber & Hardware, Inc. in the Answer,

Affirmative Defenses and Counterclaim that the Debtor filed in this proceeding (Adv. Pro. Doc

No. 12) and notifying creditors of the status hearing on the Debtor's objection to the Benson's

Claim scheduled by this Court for August 16, 2023 at 1:30 p.m., at which the parties may

address the extent to which the claim objection and this adversary proceeding should be

consolidated for discovery and trial is hereby extended to **July 12, 2023**.

      **D.**      This Order shall become effective on the date hereof.


Dated: __July 11, 2023_____      /s/ Bruce A. Harwood
                                         Bruce A. Harwood
                                         Chief Bankruptcy Judge
                                         United States Bankruptcy Court
                                         District of New Hampshire