## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | CHAPTER 11 |
| Keith Gorman, | Case No. 22-10563-BAH |
|     Debtor. | |
| Benson Lumber & Hardware, Inc., | |
|     Plaintiff, | |
| v. | Adv. Pro. No. 23-01003-BAH |
| Keith Gorman, | |
|     Defendant, | |
| Keith Gorman, | |
|     Third-Party Plaintiff, | |
| v. | |
| Michael J. Fadden, Esq. and<br>Michael J. Fadden, P.C., | |
|     Third-Party Defendants. | |

### NOTICE OF HEARING ON
### FIRST MOTION TO AMEND ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS FILED BY DEFENDANT KEITH GORMAN [Doc. 37]

    Please be advised that a hearing will be held at the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, NH 03301 on **July 19, 2023 at 1:30 p.m.** (the "Hearing").

    Taken up at the Hearing will be the **First Motion to Amend Answer to Complaint, Affirmative Defenses and Counterclaims filed by Defendant Keith Gorman [Doc. 37]** (the "Motion"). Copies of the Motion are available upon request to the undersigned.

    If you have no objection to the Motion, no action is required by you. If you do object to the Motion, or if you wish to be heard on any matter regarding the Motion, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **July 18, 2023** (the "Objection Date").

A copy of your objection or statement must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, and the United States Trustee, and a certificate of such action must be filed with the clerk.  If you file an objection or statement, you must also appear at the hearing on the date and time set forth above.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:   July 12, 2023 | /s/ William S. Gannon |
|  | William S. Gannon, Esq., BNH 01222 |

Attorney for

**KEITH GORMAN**

WILLIAM S. GANNON PLLC
740 Chestnut Street
Manchester NH  03104
PH: 603-621-0833
bgannon@gannonlawfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served the foregoing notice on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

|  |  |
|---|---|
| DATED:  July 12, 2023 | /s/ Jeanne Arquette-Koehler |
|  | Jeanne Arquette |