# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | CHAPTER 11 |
| **KEITH GORMAN,** | Case No. 22-10563-BAH |
| Debtor. | |

Benson Lumber & Hardware, Inc.,

    Plaintiff,

v.                                                Adv. Pro. No. 23-01003-BAH

Keith Gorman,

    Defendant.

Keith Gorman,

    Third-Party Plaintiff,

v.

Michael J. Fadden, Esq. and
Michael J. Fadden, P.C.,

    Third-Party Defendants.

### ORDER ON
### EX PARTE PARTIALLY ASSENTED TO MOTION FOR ORDER EXTENDING
### OBJECTION AND ANSWER DATES PENDING PRETRIAL CONFERENCE

Upon the Ex Parte Partially Assented to Motion for Order Extending Objection and Answer Dates Pending Pretrial Conference (the "Motion") and after having reviewed the pleadings filed in this case to date and having found therefrom good and sufficient cause, it is hereby ORDERED, ADJUDGED and DECREED that:

A. Except as otherwise defined herein, all words, terms and phrases defined in the Motion shall have and be given the same meaning when used herein.

B. The Motion shall be, and hereby is, granted subject to the further terms hereof.

C. The date by which Mr. Gorman may object to the Motion to Dismiss [Doc. 27] filed by the Plaintiff, Benson Lumber & Hardware, Inc. ("Benson" or the "Plaintiff") is extended through the date set by this Court in the earlier of (1) any date set by this Court in an order entered on an objection to the Plaintiff's Motion for Order Granting Leave to Amend Answer to Complaint [Doc. 37] filed by Benson (the "Amendment Motion") or (2) the date set by this Court at the Pretrial Conference or in the Pretrial Conference Order.

D. The date by which the Plaintiff may file an objection to the Amendment Motion may be extended through the date set by this Court at the Pretrial Conference.

E. The date by which the Third-Party Defendants, Michael Fadden and Michael J. Fadden, P.C. may answer or otherwise plead in response to the First Amended [Third-Party] Complaint [Doc. 14] is extended to August 10, 2023 or such later date as may be set at the Pretrial Conference or in the Pretrial Conference Order.

F. This Order shall be effective on the date hereof.

Dated: July 17, 2023                    /s/ Bruce A. Harwood
                                         Bruce A. Harwood
                                         Chief U.S. Bankruptcy Judge