**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: ) <br> ) <br> KEITH GORMAN, ) <br> ) <br> Debtor. ) <br> ) <br> ) | Chapter 11 <br> Case No. 22-10563-BAH |
| ) <br> BENSON LUMBER & HARDWARE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEITH GORMAN, ) <br> ) <br> Defendant. ) <br> ) | Adv. Proc. No. 23-01003-BAH |
| KEITH GORMAN, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. FADDEN, ESQ., ) <br> MICHAEL J. FADDEN, P.C. ) <br> ) <br> Third-Party Defendants. ) <br> ) | |

## NOTICE OF HEARING

Please take notice that the Court has scheduled a hearing on **Benson Lumber & Hardware, Inc.'s (I) Response to Claim Objection and (II) Motion to Dismiss Defendant's Statement of Counterclaims (the "Motion")**. The hearing is scheduled for **August 16, 2023 at 2:00 p.m.** before the Honorable Bruce A. Harwood, Chief United States Bankruptcy Judge,

{S2451491.1}

Warren B. Rudman U.S. Courthouse, United States Bankruptcy Court, <u>Courtroom A</u>, 55 Pleasant Street, Concord, NH 03301.

    The Debtor shall file a Reply to the Motion with the Clerk, United States Bankruptcy Court, 55 Pleasant Street, Room 200, Concord, NH 03301 no later than **August 9, 2023**.

    BENSON LUMBER AND HARDWARE, INC.

    By its Attorneys,

    /s/ Christopher M. Candon
    Christopher M. Candon (BNH 07285)
    SHEEHAN PHINNEY BASS & GREEN PA
    1000 Elm Street, 17th Floor
    Manchester, NH  03101
    Tel.:   (603) 627-8168
    E-mail: ccandon@sheehan.com

Dated: August 2, 2023

3

## CERTIFICATE OF SERVICE

I, Christopher M. Candon, hereby certify that on this 2nd day of August, 2023, a copy of the foregoing was served on all parties receiving notice via the Court's CM/ECF electronic filing system.

/s/ Christopher M. Candon

{S2451491.1}   3