UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: Keith Gorman, <br>    Debtor. | Chapter 11 <br> Bk. No. 22-10563-BAH |
| Benson Lumber & Hardware, Inc., <br>    Plaintiff, | |
| v. | Adv. Proc. No. 23-01003-BAH |
| Keith Gorman, <br>    Defendant. | |
| Keith Gorman, <br>    Third-Party Plaintiff, | |
| v. | |
| Michael J. Fadden, Esq. and <br> Michael J. Fadden, P.C., <br>    Third-Party Defendants. | |

**STATEMENT OF THIRD-PARTY DEFENDANTS
MICHAEL J. FADDEN, ESQ. AND MICHAEL J. FADDEN, P.C. PURSUANT TO
LOCAL BANKRUPTCY RULE 1070-1 AND ADMINISTRATIVE ORDER 7008-1**

Michael J. Fadden, Esq. and Michael J. Fadden, P.C. (hereinafter collectively referred to as "**Fadden Defendants**"), by and through counsel, Preti, Flaherty, Beliveau & Pachios, PLLP, in accordance with this Court's verbal order at the Hearing held on August 16, 2023, hereby inform the Court as follows:

Pursuant to LBR 1070-1 and AO 7008-1, the Fadden Defendants consent to the entry of final orders and/or judgment by the Bankruptcy Court.

                                                  Respectfully submitted,
                                                  MICHAEL J. FADDEN, P.C.

                                                  By their Attorneys,
                                                  PRETI FLAHERTY BELIVEAU
                                                   &PACHIOS PLLP

Date:   August 23, 2023              By:  */s/ Gregory A. Moffett*
                                                   Gregory A. Moffett, Esq. (BNH 01998)
                                                   William C. Saturley, Esq. (BNH 2256)
                                                   P.O. Box 1318
                                                   Concord, NH  03302-1318
                                                   (603) 410-1525
                                                   *gmoffett@preti.com*
                                                   *wsaturley@preti.com*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 23rd day of August, 2023, the within *Statement of Third-Party Defendants Michael J. Fadden, Esq. and Michael J. Fadden, P.C. Pursuant to Local Bankruptcy Rule 1070-1 and Administrative Order 7008-1* was served on all parties listed for receiving service via ECF.

                                                   */s/ Gregory A. Moffett*
                                                   Gregory A. Moffett, Esq. (BNH 01998)